IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARTHUR T. JAMES GRIFFIN JR., <br><br> Petitioner, <br><br> vs. <br><br> WARDEN, CITY OF OMAHA, POLICE, Dept; and DOUGLAS CTY. DEPT. CORR., <br><br> Respondents. | 8:22CV344 <br><br> **MEMORANDUM AND ORDER** |

On October 19, 2022, the Court directed Petitioner Arthur T. James Griffin, Jr. to pay the $5.00 filing fee within 30 days or face dismissal of this action. Filing No. 9. Also, on November 10, 2022, the Court ordered Petitioner to update his address with the Court within 20 days or face dismissal of this action. Filing No. 11. To date, Petitioner has not paid the filing fee nor updated his address, and the time in which to do so has passed.

IT IS THEREFORE ORDERED that: This case is dismissed without prejudice because Petitioner failed to prosecute it and failed to comply with this Court's orders. No certificate of appealability has been or will be issued. The Court will enter judgment by a separate document.

Dated this 7th day of December, 2022.

BY THE COURT:

*Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge